IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED OPTICAL TRACKING, LLC | ) |
| Plaintiff, | ) ) ) C.A. No. 12-cv-1695 (LPS) |
| v. | ) ) ) JURY TRIAL DEMANDED |
| MEDIA MASTERS, LLC | ) ) |
| Defendant. | ) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff and Defendant, subject to the Court's approval, hereby agree that Defendant shall have until May 3, 2013 to answer, move or otherwise respond to the Complaint.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | FARNAN LLP |
| By:/s/ Richard C. Weinblatt | By:/s/ Brian E. Farnan |
| Stamatios Stamoulis (Bar No. 4606) | Brian E. Farnan (Bar No. 4089) |
| Richard C. Weinblatt (Bar No. 5080) | Michael J. Farnan (Bar No. 5165) |
| Two Fox Point Centre | 919 N. Market Street, 12th Floor |
| 6 Denny Road, Suite 307 | Wilmington, DE 19801 |
| Wilmington, Delaware 19809 | (302) 777-0300 |
| (302) 999-1540 | bfarnan@farnanlaw.com |
| stamoulis@swdelaw.com | |
| weinblatt@swdelaw.com | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

DATED: April 4, 2013

SO ORDERED THIS ____ day of April, 2013.

_____
The Honorable Leonard P. Stark