## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED OPTICAL TRACKING, LLC | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 12-cv-1695 (LPS) |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| MOSER BAER INDIA LIMITED et al. | ) | |
| | ) | |
| Defendants. | ) | |

### UNOPPOSED MOTION TO WITHDRAW REPRESENTATION

Pursuant to Delaware Lawyers' Rules of Professional Conduct 1.16(a)(3) and Rule 83.7 of the Local Rules for the District of Delaware, the undersigned counsel respectfully requests that this Court enter an order, substantially in the form attached hereto, withdrawing their appearance on behalf of Defendant Media Masters LLC ("Media Masters").

The undersigned requests permission to withdraw as counsel, because Media Masters has requested an end to the representation. As described in the contemporaneously filed Declaration of Greg Stetson, Media Masters fully understands the consequences of the withdrawal of counsel, and has agreed with, and in fact requested that counsel take, this action.

In addition, counsel of record for Plaintiff was provided with notice of this motion in accordance with Del. L. R. 83.7, and pursuant to Del. L.R. 7.1.1, Plaintiff does not oppose the motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant the Motion to Withdraw Representation.

Date: September 24, 2013

Respectfully submitted,

FARNAN LLP

By: /s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com