## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED OPTICAL TRACKING, LLC | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 12-cv-1695-LPS |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| MOSER BAER INDIA LIMITED et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

And now, this _____ day of _____, 2013, upon consideration of the Unopposed Motion to Withdraw Representation filed by Farnan LLP, and it appearing that good cause and sufficient notice have been shown;

IT IS HEREBY ORDERED that the Unopposed Motion to Withdraw Representation is **GRANTED**.

_____
The Honorable Leonard P. Stark