IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED OPTICAL TRACKING, LLC ) | |
| ) | |
| Plaintiff, ) | C.A. No. 12-cv-1695-LPS |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| MOSER BAER INDIA LIMITED et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF GREG STETSON
## IN SUPPORT OF THE MOTION TO WITHDRAW REPRESENTATION

I, GREG STETSON, declare:

1. I am over the age of 18 years and competent to make this Declaration. I am a named Manager of Media Masters LLC ("Media Masters").

2. Media Masters no longer desires to have counsel appear in connection with this matter, and has requested that Farnan LLP withdraw from its representation of Media Masters.

3. Media Masters fully understands and appreciates the consequences of not having representation, and has decided, nonetheless, to proceed in this matter without the representation of Farnan LLP.

4. Media Masters is further fully aware that it will need to retain substitute counsel in the event it intends to defend and proceed with this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 20, 2013

_____
Greg Stetson, on behalf of Media Masters, LLC